3/20/05 2 56PM

(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Middle District of Florida | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle)<br>**Campbell, Charles Brad** | Name of Joint Debtor (Spouse) (Last, First, Middle)<br>**Campbell, Elizabeth Remmer** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names) | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names) |
| Last four digits of Soc Sec No / Complete EIN or other Tax I D No<br>(if more than one, state all)<br>    **xxx-xx-7637** | Last four digits of Soc Sec No / Complete EIN or other Tax I D No<br>(if more than one state all)<br>    **xxx-xx-8798** |
| Street Address of Debtor (No & Street, City, State & Zip Code)<br>**212 Volusia Drive**<br>**Winter Haven, FL 33884** | Street Address of Joint Debtor (No & Street, City, State & Zip Code)<br>**212 Volusia Drive**<br>**Winter Haven, FL 33884** |
| County of Residence or of the<br>Principal Place of Business   **Polk** | County of Residence or of the<br>Principal Place of Business   **Polk** |
| Mailing Address of Debtor (if different from street address) | Mailing Address of Joint Debtor (if different from street address) |
| Location of Principal Assets of Business Debtor<br>(if different from street address above) | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) | | |
|---|---|---|---|---|
| ■ Individual(s) | ☐ Railroad | ■ Chapter 7 | ☐ Chapter 11 | ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9 | ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec 304 - Case ancillary to foreign proceeding | | |
| ☐ Other | ☐ Clearing Bank | | | |

| **Nature of Debts** (Check one box) | | **Filing Fee** (Check one box) |
|---|---|---|
| ■ Consumer/Non-Business | ☐ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | | ☐ Filing Fee to be paid in installments (Applicable to individuals only ) |
| ☐ Debtor is a small business as defined in 11 U S C § 101 | | Must attach signed application for the court's consideration |
| ☐ Debtor is and elects to be considered a small business under | | certifying that the debtor is unable to pay fee except in installments |
| 11 U S C § 1121(e) (Optional) | | Rule 1006(b) See Official Form No 3 |

| Statistical/Administrative Information (Estimates only) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors | |
| ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors | |

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50 000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1 000,001 to<br>$10 million | $10 000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50 000 | $50 000 to<br>$100 000 | $100 001 to<br>$500 000 | $500,001 to<br>$1 million | $1,000 001 to<br>$10 million | $10,000 001 to<br>$50 million | $50 000 001 to<br>$100 million | More than<br>$100 million |
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

2005 MAR 21 AH 8: 54

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s)**<br>**Campbell, Charles Brad**<br>**Campbell, Elizabeth Remmer** | **FORM B1, Page 2** |
|---|---|---|

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location<br>Where Filed   **- None -** | Case Number | Date Filed |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor<br>**- None -** | Case Number | Date Filed |
|---|---|---|
| District | Relationship | Judge |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *Charles Brad Campbell*
Signature of Debtor **Charles Brad Campbell**

X *Elizabeth Remmer Campbell*
Signature of Joint Debtor **Elizabeth Remmer Campbell**

Telephone Number (If not represented by attorney)

**March 20, 2005**
Date

**Signature of Attorney**

X *David Symington Smith*
Signature of Attorney for Debtor(s)
**David Symington Smith 0234982**
Printed Name of Attorney for Debtor(s)
**David Symington Smith, P A.**
Firm Name
**P.O. Box 9159**
**Winter Haven, Florida**
Address
**863-299-9697**
Telephone Number
**March 20, 2005**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e g , forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X *David Symington Smith*          **March 20, 2005**
Signature of Attorney for Debtor(s)          Date
**David Symington Smith**

**Exhibit C**

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition
☒ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U S C § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U S C § 110(c) )

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both  11 U S C § 110, 18 U S C § 156

# United States Bankruptcy Court
## Middle District of Florida

In re    **Charles Brad Campbell,**
        **Elizabeth Remmer Campbell**

Case No _____

                             Debtors

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities

|  |  |  | AMOUNTS SCHEDULED | | |
| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 |  |  |
| B - Personal Property | Yes | 3 | 19,590 00 |  |  |
| C - Property Claimed as Exempt | Yes | 1 |  |  |  |
| D - Creditors Holding Secured Claims | Yes | 1 |  | 113,345.00 |  |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 |  | 0.00 |  |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 12 |  | 53,486.29 |  |
| G - Executory Contracts and Unexpired Leases | Yes | 1 |  |  |  |
| H - Codebtors | Yes | 1 |  |  |  |
| I - Current Income of Individual Debtor(s) | Yes | 1 |  |  | 3,354.86 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 |  |  | 3,231 00 |
| Total Number of Sheets of ALL Schedules |  | 23 |  |  |  |
| Total Assets |  |  | 19,590.00 |  |  |
| Total Liabilities |  |  |  | 166,831.29 |  |

*EC B~*

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re      **Charles Brad Campbell,**                                                Case No _____
           **Elizabeth Remmer Campbell,**
           _____
                                                    Debtors

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community " If the debtor holds no interest in real property, write "None" under "Description and Location of Property "

Do not include interests in executory contracts and unexpired leases on this schedule List them in Schedule G - Executory Contracts and Unexpired Leases

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim (See Schedule D ) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim "

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **212 Volusia Drive** | **Fee simple** | J | 0.00 | **105,445.00** |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |
| | (Report also on Summary of Schedules) | |

**0**   continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc - Evanston, Il - (800) 492-8037                                    Best Case Bankruptcy

In re    **Charles Brad Campbell,**
**Elizabeth Remmer Campbell**

Case No _____

Debtors

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None " If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community " If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt

Do not list interests in executory contracts and unexpired leases on this schedule List them in Schedule G - Executory Contracts and Unexpired Leases

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property "

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1 | Cash on hand | | cash | J | 45.00 |
| 2 | Checking, savings or other financial accounts, certificates of deposit, or shares in banks savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives | | Citrus & Chemical Bank, 277 Magnolia Ave. Winter Haven | J | 150 00 |
| | | | Jason B Campbell, a minor by Elizabeth R.Campbell  (bal approx $80.00) Jordan T. Campbell, a minor by Elizabeth R. Campbell (bal approx  $80.00) Justin R. Campbell, a minor by Elizabeth R. Campbell (bal approx $93.00) | J | 273.00 |
| 3 | Security deposits with public utilities, telephone companies, landlords, and others | | Teco | J | 115.00 |
| 4 | Household goods and furnishings, including audio, video, and computer equipment | | 1 bed (Queen), 2 single beds, 4 bedroom chest, 32" television, 2 television (19"), 13" television, 2 school desks, couch chairs, coffee table, lamps, dining room set, tent, sleeping bags, DVD player, lawnmower | J | 425.00 |
| 5 | Books, pictures and other art objects antiques, stamp, coin, record tape, compact disc, and other collections or collectibles | X | | | |
| 6 | Wearing apparel | | clothes | J | 40.00 |
| 7 | Furs and jewelry | | wedding bands | J | 20.00 |
| 8 | Firearms and sports, photographic and other hobby equipment | X | | | |

Sub-Total >       **1,068.00**
(Total of this page)

<u>__2__</u>   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996 2005 Best Case Solutions Inc  Evanston IL  (800) 492-8037

Best Case Bankruptcy

In re   **Charles Brad Campbell,**
    **Elizabeth Remmer Campbell**

Case No _____

Debtors

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 9 | Interests in insurance policies Name insurance company of each policy and itemize surrender or refund value of each | X | | | |
| 10 | Annuities Itemize and name each issuer | | **Annuity Board for Southern Baptist Convention** | J | 22.00 |
| 11 | Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans Itemize | | **husband's 401 K Wachovia Securites LLC, 1525 W. Wt Harris Blvd., Charlotte, NC 28262-8522** | H | 15,000 00 |
| 12 | Stock and interests in incorporated and unincorporated businesses Itemize | X | | | |
| 13 | Interests in partnerships or joint ventures Itemize | X | | | |
| 14 | Government and corporate bonds and other negotiable and nonnegotiable instruments | X | | | |
| 15 | Accounts receivable | X | | | |
| 16 | Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled Give particulars | X | | | |
| 17 | Other liquidated debts owing debtor including tax refunds Give particulars | X | | | |
| 18 | Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property | X | | | |
| 19 | Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust | X | | | |

Sub-Total >       **15,022.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

In re  **Charles Brad Campbell,**
       **Elizabeth Remmer Campbell**

Case No _____

Debtors

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims Give estimated value of each | X | | | |
| 21  Patents, copyrights, and other intellectual property Give particulars | X | | | |
| 22  Licenses, franchises, and other general intangibles Give particulars | X | | | |
| 23  Automobiles, trucks, trailers, and other vehicles and accessories | | **1999 Dodge Caravan** | **J** | **1,000.00** |
|     | | **2002 Lancer** | **J** | **2,500 00** |
| 24  Boats, motors, and accessories | X | | | |
| 25  Aircraft and accessories | X | | | |
| 26  Office equipment, furnishings, and supplies | X | | | |
| 27  Machinery, fixtures, equipment, and supplies used in business | X | | | |
| 28  Inventory | X | | | |
| 29  Animals | X | | | |
| 30  Crops - growing or harvested Give particulars | X | | | |
| 31  Farming equipment and implements | X | | | |
| 32  Farm supplies, chemicals, and feed | X | | | |
| 33  Other personal property of any kind not already listed | X | | | |

|  |  |
|---|---|
| Sub-Total > | **3,500 00** |
| (Total of this page) | |
| Total > | **19,590 00** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   **Charles Brad Campbell,**
    **Elizabeth Remmer Campbell**

Case No _____

,
Debtors

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under
*[Check one box]*

☐ 11 U S C §522(b)(1)   Exemptions provided in 11 U S C §522(d)  Note  These exemptions are available only in certain states

■ 11 U S C §522(b)(2)   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| cash | **Fla. Const. art  X, § 4(a)(2)** | **45 00** | 45.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Citrus & Chemical Bank, 277 Magnolia Ave. Winter Haven | **Fla. Const. art. X, § 4(a)(2)** | **150 00** | 150.00 |
| Jason B  Campbell, a minor by Elizabeth R.Campbell  (bal approx $80.00) Jordan T. Campbell, a minor by Elizabeth R Campbell (bal approx  $80.00) Justin R. Campbell, a minor by Elizabeth R Campbell (bal approx $93.00) | **Fla  Const. art  X, § 4(a)(2)** | **273.00** | 273.00 |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| Teco | **Fla  Const. art  X, § 4(a)(2)** | **115.00** | 115.00 |
| **Household Goods and Furnishings** | | | |
| 1 bed (Queen), 2 single beds, 4 bedroom chest, 32" television, 2 television (19"), 13" television, 2 school desks, couch chairs, coffee table, lamps, dining room set, tent, sleeping bags, DVD player, lawnmower | **Fla. Const. art  X, § 4(a)(2)** | **425 00** | 425.00 |
| **Wearing Apparel** | | | |
| clothes | **Fla. Const. art. X, § 4(a)(2)** | **40.00** | 40.00 |
| **Furs and Jewelry** | | | |
| wedding bands | **Fla. Const  art. X, § 4(a)(2)** | **20 00** | 20 00 |
| **Annuities** | | | |
| Annuity Board for Southern Baptist Convention | **Fla. Const  art. X, § 4(a)(2)** | **11 00** | 22.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| husband's 401 K Wachovia Securities LLC, 1525 W. Wt Harris Blvd., Charlotte, NC 28262-8522 | **Fla. Stat. Ann. § 222.21(2)** | **15,000 00** | 15,000 00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 1999 Dodge Caravan | **Fla. Const. art. X, § 4(a)(2)** | **0.00** | 1,000.00 |
| **2002 Lancer** | **Fla. Stat  Ann  § 222.25(1)** | **2,000.00** | 2,500.00 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form 36D
(12/03)

In re  **Charles Brad Campbell,**          Case No _____
       **Elizabeth Remmer Campbell**

_____,
                                    Debtors

## SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so  List creditors holding all types of secured interests such as judgment liens, garnishments  statutory liens, mortgages, deeds of trust, and other security interests  List creditors in alphabetical order to the extent practicable  If all secured creditors will not fit on this page, use the continuation sheet provided

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community "

If the claim is contingent, place an "X" in the column labeled "Contingent"  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated"  If the claim is disputed  place an "X" in the column labeled "Disputed"  (You may need to place an "X" in more than one of these three columns )

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule  Report this total also on the Summary of Schedules

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No  **Capital One** P O  260848 Plano, TX 75026-0848 | | J | **2001** **Purchase Money Security** **1999 Dodge Caravan** | X | X | | | |
| | | | Value $                1,000 00 | | | | 3,900 00 | 2,900.00 |
| Account No  **Countrywide** P.O. Box 660694 Dallas, TX 75266-0694 | | J | **Mortgage** **212 Volusia Drive** | X | X | | | |
| | | | Value $                    0.00 | | | | 86,745.00 | 86,745.00 |
| Account No  **DiTech** C/GMAC Mortgage 500 Enterprize Rd Horsham, PA 19044-3507 | | J | **Second Mortgage** **212 Volusia Drive** | X | X | | | |
| | | | Value $                    0 00 | | | | 18,700.00 | 18,700.00 |
| Account No  **Ford Credit** P.O. Box 105697 Atlanta, GA 30348-5697 | | J | **Nov 2004** **Purchase Money Security** **2002 Lancer** | X | X | | | |
| | | | Value $                2,500.00 | | | | 4,000.00 | 1,500.00 |

____0____  continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | 113,345.00 | |
| Total (Report on Summary of Schedules) | 113,345.00 | |

*FC  Mc*

Copyright (c) 1996-2005  Best Case Solutions, Inc - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6E
(04/04)

In re    **Charles Brad Campbell,**                                    Case No _____
        **Elizabeth Remmer Campbell**

_____,
                                Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided   Only holders of unsecured claims entitled to priority should be listed in this schedule  In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community"

If the claim is contingent, place an "X" in the column labeled "Contingent"  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated"  If the claim is disputed, place an "X" in the column labeled "Disputed"  (You may need to place an "X" in more than one of these three columns )

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet  Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule  Repeat this total also on the Summary of Schedules

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets )

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief 11 U S C  § 507(a)(2)

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U S C  § 507 (a)(3)

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U S C  § 507(a)(4)

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U S C  § 507(a)(5)

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided  11 U S C  § 507(a)(6)

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U S C  § 507(a)(7)

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U S C  § 507(a)(8)

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution 11 U S C  § 507(a)(9)

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment

_____**0**_____ continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc - Evanston, IL - (800)492-8037

Best Case Bankruptcy

Form B6F
(12 03)

In re    **Charles Brad Campbell,**                                   Case No _____
         **Elizabeth Remmer Campbell**
_____,
                                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so  Do not include claims listed in Schedules D and E  If all creditors will not fit on this page, use the continuation sheet provided

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors  If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community"

   If the claim is contingent, place an "X" in the column labeled "Contingent"  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated"  If the claim is disputed  place an "X" in the column labeled "Disputed" (You may need to place an "X" in more than one of these three columns )

   Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule  Report this total also on the Summary of Schedules

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM  IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No | | | collection agency | | | | |
| **Academy Collection**<br>**10965 Decatur Rd**<br>**Philadelphia, PA 19154-3210** | | J | | X | X | X | 0.00 |
| Account No | | | collection agency | | | | |
| **Academy Collection**<br>**10965 Decatur Rd**<br>**Philadelphia, PA 19154-3210** | | J | | | | | 0.00 |
| Account No | | | collection agency | | | | |
| **Allied  Interstate**<br>**P.O  Box 1954**<br>**Southgate, MI 48195-0954** | | J | | X | X | X | 0.00 |
| Account No | | | collection agency | | | | |
| **American Collections**<br>**P O  Box 30096**<br>**Alexandria, VA 22310** | | J | | X | X | X | 0.00 |
| | | | | | Subtotal<br>(Total of this page) | | 0.00 |

__11__  continuation sheets attached

*ec. B.*

3/20/05 2:56PM

Form B6F   Cont
(12/03)

In re   **Charles Brad Campbell,**          Case No _____
        **Elizabeth Remmer Campbell**

                                    ,
                          Debtors
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions ) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM  IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No<br><br>Area One<br>P.O. 334<br>Winter Haven, FL 33882 | | J | Feb 05<br>contract for services (repair roof hurricane damage partially paid from insurance proceeds) | | | | 2,417.00 |
| Account No<br><br>AT&T<br>P O Box 45165<br>Jacksonville, FL 32232-5165 | | J | Credit card purchases | X | X | X | 9,926 00 |
| Account No<br><br>AT&T Universal<br>P.O Box 8217<br>South Hackensack, NJ 07606-8217 | | J | collection agency | X | X | X | 0.00 |
| Account No<br><br>Bank of America<br>820 Silver Lake Bld<br>Dover, DE 19904-2464 | | J | Credit card purchases | X | X | X | 4,820.39 |
| Account No<br><br>BP Oil Corp<br>P.O. Box 6778<br>Cleveland, OH 44101 | | J | Credit card purchases | X | X | X | 640.90 |

Sheet no __1__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          17,804.29

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont
(12/03)

In re   **Charles Brad Campbell,**
       **Elizabeth Remmer Campbell**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions ) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM  IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No<br><br>**Capital KMART**<br>**P.O. Box 5184**<br>**Richmond, VA 23285-5184** | | J | **Credit card purchases** | X | X | X | **683.00** |
| Account No<br><br>**Capital One**<br>**P O. Box 85147**<br>**Richmond, VA 23276** | | J | **Credit card purchases** | X | X | X | **Unknown** |
| Account No<br><br>**Capital One**<br>**P.O. Box 85149**<br>**Richmond, VA 23295** | | J | **collection agency** | X | X | X | **0 00** |
| Account No<br><br>**Capital One**<br>**10024 Skokie Blvd, Suite 2**<br>**Skokie, IL 60077-1109** | | J | **collection agency** | X | X | X | **0 00** |
| Account No<br><br>**Capital One FSB**<br>**11013 W Broad St**<br>**Glen Allen, VA 23060-5937** | | J | **Credit card purchases** | X | X | X | **232.00** |

Sheet no __2__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**915.00**

Copyright (c) 1996-2005  Best Case Solutions, Inc. - Evanston, IL - (800)492-8037

Best Case Bankruptcy

Form B6F - Cont
(12/03)

In re    **Charles Brad Campbell,**
      **Elizabeth Remmer Campbell**

Case No _____

<u>Debtors</u>

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No | | | Credit card purchases | | | | |
| Capital One Services, Inc P O Box 85617 Richmond, VA 23285-5617 | | J | | X | X | X | 870.00 |
| Account No | | | Credit card purchases | | | | |
| Capitol KMART P.O Box 85184 Richmond, VA 23285-5184 | | J | | X | X | X | 1,166.00 |
| Account No | | | Credit card purchases | | | | |
| Capitol One P O. Box 85520 Internal Zip 12030-163 Richmond, VA 23285-5520 | | J | | X | X | X | 200.00 |
| Account No | | | Credit card purchases | | | | |
| Capitol One P.O. Box 26074 Richmond, VA 23260 | | J | | X | X | X | 100.00 |
| Account No | | | Credit card purchases | | | | |
| Capitol One P O. Box 85520 Internal Zip 12030-163 Richmond, VA 23285-5520 | | J | | X | X | X | 1,077.00 |

Sheet no __3__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **3,413 00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F  Cont
(12 03)

In re   **Charles Brad Campbell,**                                                     Case No _____
        **Elizabeth Remmer Campbell**
_____
                              Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM  IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No | | | collection agency | | | | |
| **Card Service Center** P O Box 6077 Sioux Falls, SD 57117-6077 | | J | | X | X | X | 0.00 |
| Account No | | | collection agency | | | | |
| **Card Service Center** P O Box 9201 Old Bethpage, NY 11804-9201 | | J | | X | X | X | 0 00 |
| Account No | | | collection agency | | | | |
| **CCB Credit Services, Inc** P.O. Box 272 Springfield, IL 62705-0272 | | J | | X | X | X | 0 00 |
| Account No | | | collection agency | | | | |
| **CCB Credit Services, Inc** P O. Box 272 Springfield, IL 62705-0272 | | J | | X | X | | 0.00 |
| Account No | | | Credit card purchases | | | | |
| **Citi Card** P.O. Box 8117 South Hackensack, NJ 07606-8117 | | J | | X | X | X | 1,474.00 |

Sheet no __5__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                Subtotal
                                     (Total of this page)    **1,474.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037               Best Case Bankruptcy

Form B6F  Cont
(12/03)

In re    Charles Brad Campbell,          Case No _____
         Elizabeth Remmer Campbell

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions ) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM  IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No<br><br>Capitol One<br>P.O Box 85520<br>Internal Zip 12030-163<br>Richmond, VA 23285-5520 | | J | Credit card purchases | X | X | X | 3,258 00 |
| Account No<br><br>Capitol One<br>P O Box 85520<br>Internal Zip 12030-163<br>Richmond, VA 23285-5520 | | J | Credit card purchases | X | X | X | 1,333.00 |
| Account No<br><br>Capitol One<br>P O Box 85520<br>Internal Zip 12030-163<br>Richmond, VA 23285-5520 | | J | Credit card purchases | X | X | X | 700.00 |
| Account No<br><br>Capitol One<br>P.O. Box 85520<br>Internal Zip 12030-163<br>Richmond, VA 23285-5520 | | J | Credit card purchases | X | X | X | 1,100.00 |
| Account No<br><br>Card Card Center<br>P O  5877<br>Hicksville, NY 11802-5877 | | J | Credit card purchases | X | X | | 1,463.00 |

Sheet no __4__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,854.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont
(12/03)

In re     **Charles Brad Campbell,**                                     Case No _____
          **Elizabeth Remmer Campbell**
                                                                    ,
                                          Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions ) | CODEBTOR | Husband Wife Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM  IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J c | | | | | |
| Account No | | | Credit card purchases | | | | |
| CitiBank P.O Box 8117 South Hackensack, NJ 07606-8117 | J | | | X | X | X | 0 00 |
| Account No | | | collection agency | | | | |
| COLLECTCORP P.O Box 100789 Birmingham, AL 35210-0789 | J | | | X | X | X | 0.00 |
| Account No | | | collection agency | | | | |
| Credit Card Center P.O. 5877 Hicksville, NY 11802-5877 | J | | | X | X | X | 0.00 |
| Account No | | | collection agency | | | | |
| David Borack P.O. Box245160 Hollywood, FL 33024 | J | | | | | | 0.00 |
| Account No | | | collection agency | | | | |
| Denovus P.O Box 793 Washington, PA 15301-0793 | J | | | X | X | X | 0.00 |

Sheet no ___6___ of __11__ sheets attached to Schedule of        Subtotal        0.00
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

Form B6F - Cont
(12/03)

In re   **Charles Brad Campbell,**
      **Elizabeth Remmer Campbell**
                           Debtors

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions ) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM  IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No | | | collection agency | | | | |
| Franklin Collection Service P.O. Box 3910 Tupelo, MS 38803-3910 | | J | | X | X | X | 0.00 |
| Account No | | | collection agency | | | | |
| GC Services P.O. Box 32950 Columbus, OH 43232 | | J | | X | X | X | 0 00 |
| Account No | | | collection agency | | | | |
| GC Services P O. Box 721660 Oklahoma City, OK 73172 | | J | | X | X | X | 0 00 |
| Account No | | | collection agency | | | | |
| Gerald Moore & Assoc. P.O  Box 724087 Atlanta, GA 31139 | | J | | X | X | X | 0.00 |
| Account No | | | collection agency for Dermatology | | | | |
| Gulf Coast Collection 3621 Webber St Sarasota, FL 34232-4412 | | J | | X | X | X | 245 00 |

Sheet no __7__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

245 00

*EC*   *JW*

Best Case Bankruptcy

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6I - Cont
(12 03)

In re    Charles Brad Campbell,                                    Case No _____
         Elizabeth Remmer Campbell

_____,
                              Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions ) | C O D E B T O R | Husband Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No | | | | | Credit card purchases | | | | |
| Household Bank P O Box 5222 Carol Stream, IL 60197-5222 | | | J | | | X | X | X | |
| | | | | | | | | | 1,408.00 |
| Account No | | | | | collection agency | | | | |
| Household Credit P O. Box 80084 Salinas, CA 93912-0084 | | | J | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No | | | | | line of credit | | | | |
| Household Finance Corp 1421 Kristina Way Chesapeake, VA 23320-8917 | | | J | | | X | X | X | |
| | | | | | | | | | 11,386.00 |
| Account No | | | | | collection agency | | | | |
| Law Office of Mitchell N Kay P O Box 793 Smithtown, NY 11787-9006 | | | J | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No | | | | | Credit card purchases | | | | |
| Merrick Bank P O Box 5721 Hicksville, NY 11802-5721 | | | J | | | X | X | X | |
| | | | | | | | | | 1,432 00 |

Sheet no __8__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,226.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

3/20/05 2 56PM

Form B6F  Cont
(12/03)

In re    **Charles Brad Campbell,**            Case No _____
         **Elizabeth Remmer Campbell**
_____,
                                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions ) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM  IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No | | | collection agency | | | | |
| Merrick Bank P.O Box 23356 Pittsburgh, PA 15222-9825 | | J | | X | X | X | 0.00 |
| Account No | | | collection agency | | | | |
| Moore & Associates P.O. Box 724087 Atlanta, GA 31139 | | J | | X | X | X | Unknown |
| Account No | | | collection agency | | | | |
| National Asset Mgt P O. Box 724747 Atlanta, GA 31139 | | J | | X | X | X | 0.00 |
| Account No | | | collection agency | | | | |
| NCO Financial Systems P.O  Box 41567 Philadelphia, PA 19101 | | J | | X | X | X | 0.00 |
| Account No | | | | | | | |
| NCO Financial Systems 1804 Washington Blvd Dept 3 Baltimore, MD 21230 | | J | | X | X | X | 0 00 |

Sheet no __9_ of _11_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    0.00

Copyright (c) 1996-2005 Best Case Solutions, Inc. Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont
(12/03)

In re   **Charles Brad Campbell,**
       **Elizabeth Remmer Campbell**

Case No _____

_____
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions ) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM   IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No | | | collection agency | | | | |
| NCO Financial Systems P.O. Box 41417 Dept 61 Philadelphia, PA 19101 | | J | | X | X | X | 0.00 |
| Account No | | | collection agency | | | | |
| NCO Financial Systems 507 Prudential Road Horsham, PA 19044 | | J | | X | X | X | 0.00 |
| Account No | | | collection agency | | | | |
| Next Card Tecnology Pkwy St Norcross, GA 30092-2913 | | J | | X | X | X | 1,000.00 |
| Account No | | | collection agency for Amoco Credit Card | | | | |
| Northland Group P.O. Box 390857 Minneapolis, MN 55439 | | J | | X | X | X | 410 00 |
| Account No | | | | | | | |
| Northland Group Inc. P.O. Box 390839 Minneapolis, MN 55439 | | J | | X | X | X | 0.00 |

Sheet no __10_ of _11_ sheets attached to Schedule of
Creditors Holding Unsecured Nonprion y Claims

Subtotal
(Total of this page)

1,410.00

Copyright (c) 1996 2005 Best Case Solutions, Inc Evanston IL (800)492 8037

Best Case Bankruptcy

3/20/05  2:56PM

Form B6F - Cont
(12/03)

In re      **Charles Brad Campbell,**                                      Case No _____
           **Elizabeth Remmer Campbell**

_____,
                              Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions ) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM   IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No | | | collection agency | | | | |
| OSI Collection Services, Inc. P O. Box 550720 Jacksonville, FL 32255-0720 | J | | | X | X | X | |
| | | | | | | | 0.00 |
| Account No | | | collection agency | | | | |
| Patrick A. Carey, P A P.O. Box 574226 Orlando, FL 32857-4226 | J | | | X | X | X | |
| | | | | | | | 0.00 |
| Account No | | | collection agency | | | | |
| Plaza Associates JAF Station P O Box 2769 New York, NY 10116-2769 | J | | | X | X | X | |
| | | | | | | | 0.00 |
| Account No | | | Credit card purchases | | | | |
| Providian Visa Card P.O. 660548 Dallas, TX 75266-0548 | J | | | X | X | X | |
| | | | | | | | 5,745.00 |
| Account No | | | cell phone | | | | |
| Verizon P O  Box 153605 Irving, TX 75015-3605 | J | | | X | X | | |
| | | | | | | | 400.00 |

Sheet no  __11__ of __11__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **6,145.00**

Total
(Report on Summary of Schedules)          **53,486.29**

*EC   M*

Best Case Bankruptcy

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re   **Charles Brad Campbell,**                                                  Case No _____
       **Elizabeth Remmer Campbell**

Debtors

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property  Include any timeshare interests
State nature of debtor's interest in contract, i e , "Purchaser," "Agent," etc  State whether debtor is the lessor or lessee of a lease
Provide the names and complete mailing addresses of all other parties to each lease or contract described

NOTE    A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors

■ Check this box if debtor has no executory contracts or unexpired leases

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest State whether lease is for nonresidential real property State contract number of any government contract |
|---|---|
| | |

  <u>0</u>   continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005  Best Case Solutions, Inc  - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

In re      **Charles Brad Campbell,**
           **Elizabeth Remmer Campbell**

Case No _____

_____
Debtors

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors Include all guarantors and co-signers In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case

■ Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

__0__   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc - Evanston, Il - (800) 492-8037

Best Case Bankruptcy

Form B6I
(12 03)

3/20/05 2 56PM

In re   **Charles Brad Campbell**
**Elizabeth Remmer Campbell** _____ Case No _____

Debtor(s)

## SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **Married** | RELATIONSHIP<br>son<br>son<br>son | | AGE<br>14<br>17<br>8 |

| EMPLOYMENT | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | deliveryman | secretary |
| Name of Employer | **Oxygen Express** | **First Baptist Church** |
| How long employed | **6 weeks** | **7 years** |
| Address of Employer | **147 Ave "A" SE**<br>**Winter Haven, FL 33880** | **198 West Central Ave**<br>**Winter Haven, FL 33880** |

| INCOME   (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ 2,816.67 | $ 1,582.00 |
| Estimated monthly overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 2,816 67 | $ 1,582.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a  Payroll taxes and social security | $ 297.81 | $ 174 00 |
| b  Insurance | $ 572.00 | $ 0.00 |
| c  Union dues | $ 0.00 | $ 0.00 |
| d  Other (Specify) _____ | $ 0.00 | $ 0.00 |
| _____ | $ 0.00 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 869.81 | $ 174.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 1,946.86 | $ 1,408.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0 00 | $ 0.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| Social security or other government assistance | | |
| (Specify) _____ | $ 0.00 | $ 0.00 |
| _____ | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income | | |
| (Specify) _____ | $ 0 00 | $ 0 00 |
| _____ | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 1,946.86 | $ 1,408.00 |

TOTAL COMBINED MONTHLY INCOME   $ _____ **3,354.86**     (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document

In re   **Charles Brad Campbell**
    **Elizabeth Remmer Campbell** _____   Case No _____
                                  Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household  Complete a separate schedule of expenditures labeled "Spouse "

| | | | |
|---|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | | $ | 760.00 |
| Are real estate taxes included? | Yes **X**     No ___ | | |
| Is property insurance included? | Yes **X**     No ___ | | |
| Utilities | Electricity and heating fuel | $ | 200.00 |
| | Water and sewer | $ | 50.00 |
| | Telephone | $ | 160.00 |
| | Other   **Cable** | $ | 25.00 |
| Home maintenance (repairs and upkeep) | | $ | 20 00 |
| Food | | $ | 600 00 |
| Clothing | | $ | 100.00 |
| Laundry and dry cleaning | | $ | 60.00 |
| Medical and dental expenses | | $ | 60.00 |
| Transportation (not including car payments) | | $ | 216.00 |
| Recreation, clubs and entertainment. newspapers, magazines, etc | | $ | 50.00 |
| Charitable contributions | | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | | |
| | Homeowner's or renter's | $ | 0.00 |
| | Life | $ | 0.00 |
| | Health | $ | 0.00 |
| | Auto | $ | 180.00 |
| | Other | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | | |
| | (Specify) _____ | $ | 0 00 |
| Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the plan ) | | | |
| | Auto | $ | 300.00 |
| | Other   **2nd Mtg DiTech** | $ | 300.00 |
| | Other   **Ford Motor Credit** | $ | 150.00 |
| | Other | $ | 0.00 |
| Alimony, maintenance, and support paid to others | | $ | 0.00 |
| Payments for support of additional dependents not living at your home | | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| Other   **Pet Care** | | $ | 25.00 |
| Other | | $ | 0.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | | $ | 3,231.00 |

**[FOR CHAPTER 12 AND 13 DEBTORS ONLY]**
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval

| | | | |
|---|---|---|---:|
| A | Total projected monthly income | $ | N/A |
| B | Total projected monthly expenses | $ | N/A |
| C | Excess income (A minus B) | $ | N/A |
| D | Total amount to be paid into plan each _____ | $ | N/A |
| |                   (interval) | | |

3/20/05  2 56PM

# United States Bankruptcy Court
## Middle District of Florida

In re   **Charles Brad Campbell**
      **Elizabeth Remmer Campbell**            Case No
                                Debtor(s)          Chapter   **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
___**24**___ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief

Date   **March 20, 2005**           Signature    *Charles Brad Campbell*
                                         **Charles Brad Campbell**
                                         Debtor

Date   **March 20, 2005**           Signature    *Elizabeth Remmer Campbell*
                                         **Elizabeth Remmer Campbell**
                                         Joint Debtor

*Penalty for making a false statement or concealing property*   Fine of up to $500,000 or imprisonment for up to 5 years or both
18 U S C §§ 152 and 3571

Form 7
(12/03)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Charles Brad Campbell**
         **Elizabeth Remmer Campbell**                          Case No
                                                                Chapter ___7___
                                              Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs

Questions 1 - 18 are to be completed by all debtors  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25  **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question

*DEFINITIONS*

*"In business "* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following  an officer, director  managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation, a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed

*"Insider "* The term "insider" includes but is not limited to  relatives of the debtor, general partners of the debtor and their relatives, corporations of which the debtor is an officer, director, or person in control, officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives, affiliates of the debtor and insiders of such affiliates, any managing agent of the debtor  11 U S C § 101

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced  State also the gross amounts received during the **two years** immediately preceding this calendar year  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income  Identify the beginning and ending dates of the debtor's fiscal year )  If a joint petition is filed, state income for each spouse separately  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| AMOUNT | SOURCE (if more than one) |
|---|---|
| **$17,029.00** | **Elizabeth R. Campbell First Baptist Church 2004** |
| **$1,483.00** | **Elizabeth R. Campbell  Jimmy R. Durham** |
| **$7,404.00** | **Charles B. Campbell Tradewin Enterprizes 2004** |
| **$2,116.00** | **Charles B. Campbell Republic Services of Fla 2004** |
| **$10,957.00** | **Charles B  Campbell Coastal Transport 2004** |
| **$7,849.00** | **Charles B  Campbell Commerical Carrier 2004** |
| **$9,828.00** | **Elizabeth R. Campbell First Baptist Church 2003** |
| **$6,668.00** | **Elizabeth R. Campbell Jimmy R. Durham 2003** |
| **$4,966 00** | **Charles B  Campbell Commercial Carrier 2003** |
| **$1,443 00** | **Charles B. Cambell Driver's Management 2003** |
| **$20,798 00** | **Charles B. Campbell Kobrin Builder's Supply 2003** |

3/20/05 2 56PM

Official Form 8
(12/03)

# United States Bankruptcy Court
## Middle District of Florida

In re   **Charles Brad Campbell**
      **Elizabeth Remmer Campbell**                               Case No

Debtor(s)                      Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1   I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate

2   I intend to do the following with respect to the property of the estate which secures those consumer debts

    *a  Property to Be Surrendered*

    **Description of Property**                    **Creditor's name**
    **-NONE-**

    *b  Property to Be Retained*                                           *[Check any applicable statement ]*

| | Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U S C § 722 | Debt will be reaffirmed pursuant to 11 U S C § 524(c) |
|---|---|---|---|---|---|
| 1 | 1999 Dodge Caravan | Capital One | Debtor will retain collateral and continue to make regular payments. | | |
| 2. | 212 Volusia Drive | Countrywide | Debtor will retain collateral and continue to make regular payments. | | |
| 3. | 212 Volusia Drive | DiTech | Debtor will retain collateral and continue to make regular payments. | | |

Date  **March 20, 2005**          Signature   *Charles Brad Campbell*
                                       **Charles Brad Campbell**
                                        Debtor

Date  **March 20, 2005**          Signature   *Elizabeth Remmer Campbell*
                                         **Elizabeth Remmer Campbell**
                                        Joint Debtor

| AMOUNT | SOURCE (if more than one) |
|---|---|
| **$9,460.00** | **Elizabeth R. Campbell First Baptist Church 2002** |
| **$2,036.00** | **Elizabeth R. Campbell Jimmy R. Durham 2002** |
| **$36,977.00** | **Charles B. Campbell Kobrin Builder's Supply 2002** |

**2. Income other than from employment or operation of business**

None
■ State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                SOURCE

**3. Payments to creditors**

None
■ a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■ b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
□ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **CitiBank vs Brand (sic) Campbell** | **credit card suit** | **County Court Polk County 930 Esat Parker Street Lakeland, Florida** | **pending** |
| **Household Finance Corporation III vs Elizabeth R Campbell** | **suit on line of credit** | **Polk County Court 255 N. Broadway Ave P.O. Box 9000, Barrtow, Fl 33831** | **pending** |

None
■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

3

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **approximately 10,000.00 damage to debtor's homestead from 2004 hurricanes (Charley, Jean, Frances)** | **roof & interior water damage insurance insufficient to cover damages** | **Aug & Sept 2004** |

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

**9. Payments related to debt counseling or bankruptcy**

None  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation
☐   concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately
    preceding the commencement of this case

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **David Symington Smith, P.A.**<br>**P.O. Box 9159**<br>**Winter Haven, Florida**<br>**33880-9159** | | **$700.00** |

**10. Other transfers**

None  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred
■   either absolutely or as security within **one year** immediately preceding the commencement of this case (Married debtors filing under
    chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are
    separated and a joint petition is not filed )

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

**11. Closed financial accounts**

None  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or
■   otherwise transferred within **one year** immediately preceding the commencement of this case  Include checking, savings, or other
    financial accounts, certificates of deposit, or other instruments, shares and share accounts held in banks, credit unions, pension funds,
    cooperatives, associations, brokerage houses and other financial institutions  (Married debtors filing under chapter 12 or chapter 13 must
    include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed,
    unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year**
■   immediately preceding the commencement of this case  (Married debtors filing under chapter 12 or chapter 13 must include boxes or
    depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
    filed )

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the
■   commencement of this case  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both
    spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

5

**14. Property held for another person**

None
☐          List all property owned by another person that the debtor holds or controls

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Connie Remmer**<br>**Winterset Oaks, Apt 1708**<br>**Winter Haven, FL 33884** | **Table and 6 chairs, 2 couches, sofa seat,**<br>**2 end tables and coffee table, rug,**<br>**entertainment center financed through**<br>**Rooms To Go by Connie Remmer** | **debtor's home** |

**15. Prior address of debtor**

None
■          If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor
occupied during that period and vacated prior to the commencement of this case  If a joint petition is filed, report also any separate
address of either spouse

ADDRESS                          NAME USED                          DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■          If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California,
Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately
preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided
with the debtor in the community property state

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous
or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited
to, statutes or regulations regulating the cleanup of these substances, wastes, or material

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly
owned or operated by the debtor, including, but not limited to, disposal sites

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material,
pollutant, or contaminant or similar term under an Environmental Law

None
■          a  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be
liable or potentially liable under or in violation of an Environmental Law  Indicate the governmental unit, the date of the notice, and, if
known, the Environmental Law

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■          b  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
Material  Indicate the governmental unit to which the notice was sent and the date of the notice

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■          c  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
the debtor is or was a party  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
docket number

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

6

**18 . Nature, location and name of business**

None a If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
■ ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership,
sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or
in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the
commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and
beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity
securities, within the **six years** immediately preceding the commencement of this case

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and
beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity
securities within the **six years** immediately preceding the commencement of this case

| NAME | TAXPAYER ID NO (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None b Identify any business listed in response to subdivision a , above, that is "single asset real estate" as defined in 11 U S C § 101
■

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has
been, within the **six years** immediately preceding the commencement of this case, any of the following  an officer, director, managing executive, or
owner of more than 5 percent of the voting or equity securities of a corporation, a partner, other than a limited partner, of a partnership, a sole
proprietor or otherwise self-employed

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above,
within the six years immediately preceding the commencement of this case  A debtor who has not been in business within those six years should go
directly to the signature page )*

**19. Books, records and financial statements**

None a List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or
■ supervised the keeping of books of account and records of the debtor

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None b List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the
■ books of account and records, or prepared a financial statement of the debtor

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None c List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
■ of the debtor  If any of the books of account and records are not available, explain

| NAME | ADDRESS |
|---|---|

None d List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
■ issued within the **two years** immediately preceding the commencement of this case by the debtor

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

**20. Inventories**

None a List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
■ and the dollar amount and basis of each inventory

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■ b List the name and address of the person having possession of the records of each of the two inventories reported in a , above

DATE OF INVENTORY

NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None ■ a If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership

NAME AND ADDRESS                 NATURE OF INTEREST                 PERCENTAGE OF INTEREST

None ■ b If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation

NAME AND ADDRESS                 TITLE                 NATURE AND PERCENTAGE OF STOCK OWNERSHIP

### 22 . Former partners, officers, directors and shareholders

None ■ a If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case

NAME                 ADDRESS                 DATE OF WITHDRAWAL

None ■ b If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case

NAME AND ADDRESS                 TITLE                 DATE OF TERMINATION

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case

NAME & ADDRESS
OF RECIPIENT,
RELATIONSHIP TO DEBTOR

DATE AND PURPOSE
OF WITHDRAWAL

AMOUNT OF MONEY
OR DESCRIPTION AND
VALUE OF PROPERTY

### 24. Tax Consolidation Group.

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case

NAME OF PARENT CORPORATION                 TAXPAYER IDENTIFICATION NUMBER

### 25. Pension Funds.

None ■ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case

NAME OF PENSION FUND                 TAXPAYER IDENTIFICATION NUMBER

8

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct

Date   **March 20, 2005**                    Signature   *Charles Brad Campbell*

**Charles Brad Campbell**

Debtor

Date   **March 20, 2005**                    Signature   *Elizabeth Remmer Campbell*

**Elizabeth Remmer Campbell**

Joint Debtor

*Penalty for making a false statement* Fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C  §§ 152 and 3571

B 201 (11/03)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition  The bankruptcy law is complicated and not easily described  Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court  Court employees are prohibited from giving you legal advice

## Chapter 7: Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)

1  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts

2  Under chapter 7 a trustee takes possession of all your property  You may claim certain of your property as exempt under governing law  The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code

3  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts.  If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated

4  Even if you receive a discharge, there are some debts that are not discharged under the law  Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs

5  Under certain circumstances you may keep property that you have purchased subject to valid security interest  Your attorney can explain the options that are available to you

## Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)

1  Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code

2  Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings  Usually, the period allowed by the court to repay your debts is three years, but no more than five years  Your plan must be approved by the court before it can take effect

3  Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan

4  After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations

## Chapter 11: Reorganization ($800 filing fee plus $39 administrative fee)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors  Its provisions are quite complicated, and any decision by an individual to file a Chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family Farmer ($200 filing fee plus $39 administrative fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm

I, the debtor, affirm that I have read this notice

| | | | |
|---|---|---|---|
| *Christine B.A. Campbell* | *Elizabeth Penn-Campbell* | **March 20, 2005** | |
| Debtor's Signature | Joint Debtor's Signature | Date | Case Number |

Software Copyright (c) 1996-2003 Best Case Solutions, Inc - Evanston IL - (800) 492-8037

# United States Bankruptcy Court
## Middle District of Florida

In re    **Charles Brad Campbell**
      **Elizabeth Remmer Campbell**                                          Case No _____

                                   Debtor(s)            Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge

Date    **March 20, 2005**                      *Charles Brad Campbell*

                                     **Charles Brad Campbell**
                                     Signature of Debtor

Date    **March 20, 2005**                      *Elizabeth Remmer Campbell*

                                     **Elizabeth Remmer Campbell**
                                     Signature of Debtor

Charles Brad Campbell
212 Volusia Drive
Winter Haven, FL 33884

Elizabeth Remmer Campbell
212 Volusia Drive
Winter Haven, FL 33884

David Symington Smith
David Symington Smith, P A
P O Box 9159
Winter Haven, Florida

Academy Collection
10965 Decatur Rd
Philadelphia, PA 19154-3210

Academy Collection
10965 Decatur Rd
Philadelphia, PA 19154-3210

Alliance One
P O Box 1963
Southgate, MI 48195-0963

Alliance One
P O Box 3102
Southeastern, PA 19398-3102

Alliance One
4850 Street Rd Level C
Feasterville Trevose, PA 19053

Allied Interstate
P O Box 1954
Southgate, MI 48195-0954

Allied Interstate Inc
3000 Corporate Exchange Dr
5th Floor
Columbus, OH 43231

American Collections
P.O Box 30096
Alexandria, VA 22310

Area One
P O 334
Winter Haven, FL 33882

Area One
1136 First St South
Winter Haven, FL 33880

AT&T
P O Box 45165
Jacksonville, FL 32232-5165

AT&T Universal
P O Box 8217
South Hackensack, NJ 07606-8217

Bank of America
820 Silver Lake Bld
Dover, DE 19904-2464

Bank of America
P O Box 2493
Norfolk, VA 23510

Bank of America
P O Box 30770
Tampa, FL 33630-3770

Bank of America
Platinum MasterCard
P O Box 53132
Phoenix, AZ 85072-3132

BP Oil Corp
P O Box 6778
Cleveland, OH 44101

Capital KMART
P O. Box 5184
Richmond, VA 23285-5184

Capital One
P O Box 85147
Richmond, VA 23276

Capital One
P O Box 85149
Richmond, VA 23295

Capital One
10024 Skokie Blvd, Suite 2
Skokie, IL 60077-1109

Capital One
P O 260848
Plano, TX 75026-0848

Capital One FSB
11013 W Broad St
Glen Allen, VA 23060-5937

Capital One Services, Inc
P O Box 85617
Richmond, VA 23285-5617

Capitol KMART
P O Box 85184
Richmond, VA 23285-5184

Card Card Center
P O 5877
Hicksville, NY 11802-5877

Countrywide
P O Box 660694
Dallas, TX 75266-0694

Capitol One
P O Box 85520
Internal Zip 12030-163
Richmond, VA 23285-5520

Card Service Center
P O Box 6077
Sioux Falls, SD 57117-6077

Credit Card Center
P O 5877
Hicksville, NY 11802-5877

Capitol One
P O Box 26074
Richmond, VA 23260

Card Service Center
P O Box 9201
Old Bethpage, NY 11804-9201

David Borack
P O Box245160
Hollywood, FL 33024

Capitol One
P O Box 85520
Internal Zip 12030-163
Richmond, VA 23285-5520

Carey Patrick Andrew, Esq
P O Box 574206
Orlando, FL 32857-4206

David Borack
P O Box245160
Hollywood, FL 33024

Capitol One
P O Box 85520
Internal Zip 12030-163
Richmond, VA 23285-5520

CCB Credit Services, Inc
P O Box 272
Springfield, IL 62705-0272

Denovus
P O Box 793
Washington, PA 15301-0793

Capitol One
P O Box 85520
Internal Zip 12030-163
Richmond, VA 23285-5520

CCB Credit Services, Inc
P O Box 272
Springfield, IL 62705-0272

DiTech
C/GMAC Mortgage
500 Enterprize Rd
Horsham, PA 19044-3507

Capitol One
P O Box 85520
Internal Zip 12030-163
Richmond, VA 23285-5520

Citi Card
P O Box 8117
South Hackensack, NJ 07606-8117

Ford Credit
P.O Box 105697
Atlanta, GA 30348-5697

Capitol One
P O Box 85520
Internal Zip 12030-163
Richmond, VA 23285-5520

CitiBank
P O Box 8117
South Hackensack, NJ 07606-8117

Ford Motor
P O Box 31111
Tampa, FL 33631-3111

Capitol One
P O Box 65007
Dallas, TX 75266-0007

COLLECTCORP
P O Box 100789
Birmingham, AL 35210-0789

Franklin Collection Service
P O Box 3910
Tupelo, MS 38803-3910

GC Services
P O Box 32950
Columbus, OH 43232

Household Realty Corp
3615 S Florida Ave
Lakeland, FL 33803

NCO Financial Systems
P O Box 41417
Dept 61
Philadelphia, PA 19101

GC Services
P O Box 721660
Oklahoma City, OK 73172

Law Office of Mitchell N Kay
P O Box 793
Smithtown, NY 11787-9006

NCO Financial Systems
507 Prudential Road
Horsham, PA 19044

Gerald Moore & Assoc
P O Box 724087
Atlanta, GA 31139

Law Office of Mitchell N Kay
7 Penn Plaza
New York, NY 10001-3995

Next Card
Tecnology Pkwy St
Norcross, GA 30092-2913

Gulf Coast Collection
3621 Webber St
Sarasota, FL 34232-4412

Merrick Bank
P O Box 5721
Hicksville, NY 11802-5721

Northland Group
P O Box 390857
Minneapolis, MN 55439

Household Bank
P O Box 5222
Carol Stream, IL 60197-5222

Merrick Bank
P O Box 23356
Pittsburgh, PA 15222-9825

Northland Group Inc
P O Box 390839
Minneapolis, MN 55439

Household Credit
P O Box 80084
Salinas, CA 93912-0084

Moore & Associates
P O Box 724087
Atlanta, GA 31139

OSI Collection Services, Inc
P O Box 550720
Jacksonville, FL 32255-0720

Household Finance Corp
1421 Kristina Way
Chesapeake, VA 23320-8917

National Asset Mgt
P O Box 724747
Atlanta, GA 31139

Patrick A Carey, P A
P O Box 574226
Orlando, FL 32857-4226

Household Finance Corp
P O Box 4153
Carol Stream, IL 60128

NCO Financial Systems
P O Box 41567
Philadelphia, PA 19101

Plaza Associates
JAF Station
P O Box 2769
New York, NY 10116-2769

Household Finance Corp
P O Box 17574
Baltimore, MD 21297-1574

NCO Financial Systems
1804 Washington Blvd
Dept 3
Baltimore, MD 21230

Providian Visa Card
P O 660548
Dallas, TX 75266-0548

Providian Visa Card
P O  99607
Arlington, TX 76096-9607


RJM Acquisitions LLC
575 Underhill Blvd Suite 224
Syosset, NY 11791-3416


RJM Acquisitions LLC
P O  Box 18006
Hauppauge, NY 11788-8806


Rolfe & Lobello, P A
P O  Box 40546
Jacksonville, FL 32202


Verizon
P O  Box 153605
Irving, TX 75015-3605

# United States Bankruptcy Court
## Middle District of Florida

In re  **Charles Brad Campbell**
**Elizabeth Remmer Campbell**

Case No _____

Debtor(s)

Chapter   7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1    Pursuant to 11 U S C § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows

| | |
|---|---|
| For legal services, I have agreed to accept | $ 700.00 |
| Prior to the filing of this statement I have received | $ 700.00 |
| Balance Due | $ 0.00 |

2    $  **0 00**   of the filing fee has been paid

3    The source of the compensation paid to me was

■    Debtor          ☐    Other (specify)

4    The source of compensation to be paid to me is

☐■    Debtor          ☐    Other (specify)

5    ☐■    I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm

☐    I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm   A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached

6    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including
  a    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy,
  b    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required,
  c    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof,
  d    [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods**

7    By agreement with the debtor(s), the above-disclosed fee does not include the following service
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding

Dated   **March 20, 2005**

**David Symington Smith**
**David Symington Smith, P.A.**
**P.O. Box 9159**
**Winter Haven, Florida**
**863-299-9697**